**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. ______________________________**

| | |
|---|---|
| UROLOGICAL CONSULTANTS OF FLORIDA, VIP PHYSICIANS CONSULTING LLC, and JOHN D. MACKENNEY DPM P.A. d/b/a SPACE COAST FOOT AND ANKLE CENTER, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED, UNITEDHEALTHCARE SERVICES, INC., OPTUMINSIGHT, INC., CHANGE HEALTHCARE INC., CHANGE HEALTHCARE OPERATIONS, LLC, CHANGE HEALTHCARE SOLUTIONS, LLC, CHANGE HEALTHCARE HOLDINGS, INC., CHANGE HEALTHCARE TECHNOLOGIES, LLC, and CHANGE HEALTHCARE PHARMACY SOLUTIONS, INC.,<br><br>*Defendants*. | (Removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida)<br><br>Broward County Case No. CACE-26-002645 |

**<u>NOTICE OF REMOVAL</u>**

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc., ("Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, , and 1446, and remove this action from the

Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida.[1] As its reasons for removal, Defendants state:

## BACKGROUND

1. Plaintiffs Urological Consultants of Florida, VIP Physicians Consulting LLC, and John D. MacKenney DPM P.A., d/b/a Space Coast Foot and Ankle Center, LLC (collectively "Plaintiffs") commenced a civil action on February 13, 2026 against Defendants UnitedHealth Group Incorporated, UnitedHealthcare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc. (hereinafter referred to as "Change Healthcare" or "Defendants") in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, titled *Urological Consultants of Florida, et al. v. UnitedHealth Group Incorporated, et al.*, Case No. CACE-26-002645, filed on February 13, 2026 (the "State Court Action"). A true and accurate copy of the

[1] The Class Action Complaint names only the entities listed in ¶¶ 9-17 Defendants' Notice of Removal, as defendants in the caption. The Complaint, however, also lists Optum, Inc., Optum Financial, Inc., Optum Bank, and Optum Pay as defendants in the introductory paragraph, and discusses their respective roles and citizenship in ¶¶ 26, 27, 28, and 29. Defendants take the position that these entities have not been properly named as defendants because they were not named in the case caption. Nevertheless, in the interest of completeness, their citizenship is as follows: Optum, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Optum, Inc. is a citizen of Delaware and Minnesota. Optum Financial, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Optum Financial, Inc. is a citizen of Delaware and Minnesota. Optum Bank, Inc. is a corporation formed under the laws of Utah and its principal place of business is in Utah. Accordingly, Optum Bank, Inc. is a citizen of Utah. Optum Pay is not a legal entity and its citizenship has no impact on diversity jurisdiction. See Mem. Op. and Order, In Re: Change Healthcare, Inc. Customer Data Sec. Breach Litig., No. 0:24-md-03108 (D. Minn.), Dkt. 483 at 14 n.9 ("Optum Pay is not a legal entity and therefore cannot be sued."). Complete diversity exists even if the additional entities named in ¶¶ 26–29 of the Complaint are considered defendants because none of the additional entities are Florida citizens.

Complaint that Plaintiff caused to be served upon Defendants is attached as **Exhibit A**. The state court docket sheet and copies of all processes, pleadings, and order on file in the State Court Action are attached as **Exhibit B**. 28 U.S.C. § 1446(a).[2]

2. Defendants waived service of the Summons and Complaint in the State Court Action on May 20, 2026. The instant Notice of Removal is being filed within thirty (30) days of the service date. 28 U.S.C. § 1446(b).

3. Attached as **Exhibit C** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

## DIVERSITY JURISDICTION

4. This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332, under both "traditional" diversity (28 U.S.C. § 1332(a)) and diversity under the Class Action Fairness Act (28 U.S.C. § 1332(d)).

### 28 U.S.C. § 1332(a)

5. The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

6. Plaintiff Urological Consultants of Florida, P.A. ("Urological") alleges it is a provider of urological care to patients. Compl. ¶ 269. Plaintiff Urological alleges it is a Florida

[2] The Complaint relates to a cyberattack suffered by Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendants are filing, contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

corporation that maintains its principal place of business and corporate headquarters in North Miami, Florida. Compl. ¶ 269. Counsel for Plaintiff Urological has stated and represented to Counsel for Defendants that for purposes of diversity jurisdiction, it is a citizen of Florida. Accordingly, Plaintiff Urological is a citizen of Florida for purposes of assessing jurisdiction under 28 U.S.C. § 1332(a).

7. Plaintiff VIP Physicians Consulting LLC ("VIP") alleges it is an internal medicine practice. Compl. ¶ 277. Plaintiff VIP alleges it is limited liability company with its principal place of business in Fort Lauderdale, Florida. Compl. ¶ 277. The citizenship of a limited liability company for purposes of assessing jurisdiction under 28 U.S.C. § 1332(a) is determined by the citizenship of all its members. *Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011) (per curiam). According to the Florida Secretary of State's Office, VIP was organized in Florida on June 27, 2017 and has a principal address in Fort Lauderdale, Florida. Additionally, Counsel for Plaintiff VIP has stated and represented to Counsel for Defendants that for purposes of diversity jurisdiction, Plaintiff VIP, and all of its members, are citizens of Florida. Accordingly, Plaintiff VIP is a citizen of Florida for purposes of assessing jurisdiction under 28 U.S.C. § 1332(a).

8. Plaintiff John D. MacKenney DPM P.A., d/b/a Space Coast Foot and Ankle Center, LLC ("Center") alleges it is a podiatry practice specializing in foot and ankle surgery. Compl. ¶ 283. Plaintiff Center alleges it is a Florida corporation with a principal place of business in Melbourne, Florida. Compl. ¶ 283. According to the Florida Secretary of State's Office, Plaintiff Center became organized on March 31, 2010 and has a principal address in Melbourne, Florida.[3]

[3] The corporate organization of Plaintiff Center is unclear. The body of the complaint contains "LLC" in the name, while the case caption omits "LLC." The complaint also alleges Plaintiff Center "is a Florida corporation with its principal place of business in Melbourne, Florida." Compl. ¶ 283. According to the Florida Secretary of State's website, the LLC entity "Space Coast

Counsel for Plaintiff Center has stated and represented to Counsel for Defendants that for purposes of diversity jurisdiction, Plaintiff Center is a citizen of Florida. Accordingly, Plaintiff Center is a citizen of Florida for purposes of assessing jurisdiction under 28 U.S.C. § 1332(a).

9. Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

10. Defendant United HealthCare Services, Inc. is a corporation formed under the laws of Minnesota and its principal place of business is in Minnesota. Accordingly, Defendant United HealthCare Services, Inc. is a citizen of Minnesota for purposes of diversity jurisdiction.

11. Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

12. Defendant Change Healthcare Holdings, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Holdings, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

13. Defendant Change Healthcare Pharmacy Solutions, Inc. is a corporation formed under the laws of Maine and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Pharmacy Solutions, Inc. is a citizen of Maine and Minnesota for purposes of diversity jurisdiction.

---

Foot and Ankle Center, LLC" has been inactive since 2000. For purposes of this notice of removal, the corporate organization of Plaintiff Center is immaterial because counsel for Plaintiff Center has agreed that for purposes of diversity jurisdiction, Plaintiff Center is a citizen of Florida.

14. Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

15. Defendant Change Healthcare Operations, LLC is a Delaware limited liability company. The citizenship of a limited liability company is determined by its members. *Mallory & Evans Contractors & Eng'rs, LLC*, 663 F.3d at 1305. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Operations, LLC is a citizen of Delaware and Minnesota for diversity purposes.

16. Defendant Change Healthcare Solutions, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Solutions, LLC is Change Healthcare Operations, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Solutions, LLC is a citizen of Delaware and Minnesota for diversity purposes.

17. Defendant Change Healthcare Technologies, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Technologies, LLC is Change Healthcare Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Holdings, LLC is Change Healthcare Intermediate Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Intermediate Holdings, LLC is Change Healthcare LLC, a Delaware limited-liability company. The sole member of Change Healthcare

LLC is Change Healthcare Holdco Inc. Change Healthcare Holdco Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Technologies, LLC is a citizen of Delaware and Minnesota for diversity purposes.

18. Because Plaintiffs are citizens of Florida and Defendants are citizens of Delaware, Maine, and Minnesota, complete diversity exists between Plaintiffs and Defendants.

19. Although the Complaint does not specify the precise amount of damages sought, the preponderance of the evidence shows that the amount in controversy exceeds $75,000. The Complaint alleges that Plaintiff Urological was unable to receive payment for its medical care to patients, was unable to submit claims nor receive ERAs. Compl. ¶ 271. Plaintiff Urological further alleges it suffered monetary losses through rejected and/or delayed payments for medical care, spent significant resources investigating the network outage and alternative methods to receive payment for medical care, and acquiring a new vendor to provide replacement services. Compl. ¶ 272. Plaintiff Urological allegedly was forced to hire a new employee to manage the shutdown and paid the employee overtime to address the issues caused by the network outage. Compl. ¶ 274.

20. Plaintiff VIP alleges that, because of Defendants' actions, it was unable to submit claims, receive ERAs, and receive payment for its medical care to patients. Compl. ¶ 279. Plaintiff VIP further alleges that it suffered monetary losses through rejected and/or delayed payments for medical care, spent significant time and resources investigating the network outage and alternative methods to receive payment for medical care. Compl. ¶ 280. Plaintiff VIP allegedly was forced to borrow funds on two lines of credit, both with interest rates exceeding 20%, in an aggregate amount of approximately $75,000. Compl. ¶ 281.

21. Plaintiff Center alleges that, because of Defendants' actions, it was unable to submit claims, receive ERAs, and receive payment for its medical care to patients. Compl. ¶ 285. Plaintiff

Center further alleges that it suffered monetary losses through rejected and/or delayed payments for medical care and spent inordinate time and resources investigating the network outage and alternative methods to receive payment for medical care. Compl. ¶ 286. According to Plaintiff Center, it was forced to take out a family loan of $50,000 and the Center stopped paying its owner's salary for six months. Compl. ¶ 287. Additionally, Plaintiff Center alleges it was forced to max out three separate credits at a total of $30,000 at an approximate interest rate of 25%. Compl. ¶ 288. Plaintiff Center allegedly spent over 250 hours of employee time to deal with the network outage. Compl. ¶ 289.

22. Additionally, the Plaintiffs seek an award of punitive or exemplary damages. Compl., Request for Relief.

23. Therefore, Defendants assert in good faith that the amount in controversy exceeds $75,000 in value. *See* 28 U.S.C. § 1446(c)(2).

**<u>28 U.S.C. § 1332(d)</u>**

24. This Court also has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a class action, at least one member of the class (Plaintiff) is a citizen of a state different from Defendants, Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

25. As stated above, Plaintiffs allege they are citizens of Florida, while Defendants are citizens of Delaware, Minnesota, and Maine. Thus, at least minimum diversity exists.

26. The Complaint alleges that Defendants' Change Platform "is connected to more than 800,000 providers" and "involved in one in every three patient records." Compl ¶ 294. Since

Plaintiffs seek to represent a nationwide class of providers, Compl. ¶ 291, the number of members of the proposed class is greater than 100.

27. Furthermore, the amount in controversy is more than $5,000,000. The Complaint alleges that "providers did not timely receive billions of dollars in earned reimbursements." Compl. ¶ 5 Since Plaintiff seeks to represent a nationwide class of providers, the amount in controversy exceeds $5,000,000.

28. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a) and (d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

**RESERVATION OF RIGHTS AND DEFENSES**

29. Defendants reserve any and all defenses, including, but not limited to, those under Federal Rule of Civil Procedure 12, and do not waive said defenses by the filing of the Notice of Removal.

30. Defendants do not admit any of the allegations in Plaintiffs' Complaint, and do not concede that Plaintiff is entitled to any relief.

31. Defendants reserve the right to amend or supplement the Notice of Removal as necessary.

**REMOVAL TO THIS DISTRICT IS PROPER**

32. This Notice of Removal is being filed in the Southern District of Florida, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. § 1332 and 28 U.S.C. §§ 1441(a) and 1446(a).

33. In accordance with § 1446(a), a copy of the Complaint is attached as **Exhibit A**, and all other process, pleadings, and orders filed in the State Court Action are attached as **Exhibit B**.

34. Defendants will file a copy of this Notice of Removal with the Clerk of Court, Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and shall provide written notice to Plaintiffs. *See* 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for the Southern District of Florida.

Dated: May 20, 2026

Respectfully submitted,

**HOGAN LOVELLS US LLP**
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550

By*:* */s/Daniel Balmori*
Daniel Balmori, Esq.
Florida Bar No.: 0112830
daniel.balmori@hoganlovells.com

*Counsel for Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, Change Healthcare Pharmacy Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below via electronic mail.

Jonathan M. Streisfield, Esq.
Jeff Ostrow, Esq,
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
1 West Las Olas Boulevard, 5th Floor
Fort Lauderdale, FL 33301
ostrow@kolawyers.com
streisfeld@kolawyers.com

*Counsel for Plaintiffs*

By: *Daniel Balmori*